# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,**

     *Plaintiff,*

v.

**92350822MA8TEHK750; 986 Bags Store; abab001; ABDUL REHMAN ENTERPRISES; Acolorful Sports; Aga Trading Company; alljerseys66; anobleshoes; Anqing Jingfeng Arts And Crafts Co., Ltd.; anxixianjiandouzhenhuangguohuichayejingyingbu; anxixianjiandouzhenwuguocanchayejingyingbu; AP CURATED COUTURE; Artpark Store; ashionseller08; Automotive Art Sticker Factory; AYAT EXPORT INTL; Balala magic; Boku Store; boutiquelife08; Brittany Store; Buroni Store; bwrk; Byer Jewelry Manufacturer Limited; Car Decoration Sticker Special; Car sticker cleaning supplies; Car sticker discounts; Car sticker supermarket; casesbags; cc9915; CH CUPS; Changsha Sy E-Commerce Co., Ltd.; chinafashion8; ckjersey2023; COASTER Store; Congren05 Store; coolbasejersey; CS Sport Rings; custom_stichedjersey; designer_clothing202; Dongguan Jinwo Garment Accessories Co., Ltd.; edrftsdtg; Envmenst Official Store; Fashion Mart; fashion3301; fashionseller1; fashionseller2; fashionshoes009; fashionshoes010; fashionshoes011; fashionshoes0518; fashionshoes1571; fashionshoes65231; fashionshoes66021; fashionshoes88221; fashionshoes93201; Fatima Sana; Ficoco Store; Fine Decal; Foshan Yaoyang Flag Co., Ltd.; foshanshichanchengquxingrongqishangmaoyouxiangongs; foshanshixiaosongwangfumaoyiyouxiangongsi; Fujian Shanghang Huanchanggou Trade Co., Ltd.; Future-is-coming Store; Fuzhou Miran Trading Co., Ltd.; Fuzhou**

**SEALED**

Civil Action No.

Jury Trial
Demanded

Shunlai Trading Co., Ltd.; Gaz Rom Co., Ltd. ; gkh9; Global Goods Gathering; gob2; good_jersey_store; Goodtopsale Group Holding Ltd; Guangxi Nanning Weiming Ocean Trade Co., Ltd.; Guangzhou Yalite Trading Co., Ltd.; guangzhouchenwozidianzikejiyouxiangongsi; GuangZhouShiFuTuanMaoYiYouXianGongSi; guangzhouyunishangmaoyouxiangongsi; Guzial Istakeeva; H K EXPORTS; Haikoufengchenyishangmaoyouxiangongsi; Happy Sticker Research Center; Hebei Lingang Trading Co., Ltd.; HEH Store; Hequoyer; HGH Store; HIHIHI Store; Hitomi boutique; HSSH Store; HUIH Store; HVONNE Store; HZ auto supplies; IkaQHHJJQ CCC Store; ILovePin Store; ILovePinsSuper Store; ineedu gifts; isbj; jacci_stitchedjersey; jacket166; jam_jersey_store; James Jersey Store; james_stitchedjersey; jamesstitchedjersey; Jergir Store; jersey666888; jerseyabc11; jerseyasd11; jerseymlb11; jerseynba11; jerseyncaa11; jerseynfl11; jerseynhl11; jerseyqaz11; jerseyqwe11; jinanmingshuidianzishangwuyouxiangongsi; Jinhua Dibi Trading Co., Ltd.; JINZHONGHUA SHANGHAI WENHUA CHUANBO YOUXIAN GONGSI; JKLPOLQ Store; JONSEY Store; jsgood; Kano sen car; kk69953; Klein products; kttv; kunmingeshuashangmaoyouxiangongsi; kupai Store; L06330'shop; Ladyboutiquebd Dropshipping Store; Lakers Store; liangbinyudianzishangwu; LightLifes Store; lijieshangmaodian; lin666_soportstore; lin777_soportstore; Linyi Aozhan Import And Export Co., Ltd.; Little pig Wall Store; LovePinPin Store; Lucky cars; luodz; M/S M.D.HANDICRAFTS; MaoEr Qiao; Melis Kipirti; minqingxianmeixizhenshiyukongbaihuodian; mitchellness_store; mlbjersey111; mlbjersey12345; mlbjersey222; Mocha wheel; moss_jersey_store; moss_stitchedjersey; motorcycle car sticker decal;

Muhammad Aslam; Muhammad Tariq; Mzk Stitched Jersey; n7e7; Nadir Ben-Aissa; Nanjing Fly Flying Tigers Office Supplies Co., Ltd.; nbajersey0002; nbajersey111; nbajersey333; NewLovePin Store; nfl_jerseysone02; nfl_jerseysone5; nfl_jerseysone7; nfljersey111; nfljersey2024; NINEE Store; no1stitchedjersey; Orzz Store; Paulstitchedjersey; Peace Of Mind Home Decor Store; pillow_hevey Store; pingdingguangkunshangmaoyouxiangongsi; Porch Store; putianshichengxiangquguoweijianmaoyiyouxiangongsi; qinhuangdaodanwenshangmaoyouxiangongsi; quanzhoulongkungongyipinyouxianzerengongsi; Remy Store; roq0; Rosestitchedjersey; s4561; Self Disciplined Part-time Work Store; seller0516; seller5223; seller6868; Shandong Xinhuizhan Trade Co., Ltd.; shandongjiaminghuishangmaoyouxiangongsi; Shang Hai Nan Ju Dian Zi Shang Wu You Xian Gong Si; SHANGHAIXUANYUMAOYIYOUXIANGONGSI; shanxiqishengyushangmaoyouxiangongsi; Shengwen Electronic Commerce (taizhou) Co., Ltd.; Shenzhen Aprise Trading Co., Ltd.; Shenzhen Lianmei Electronic Technology Co., Ltd.; Shenzhen M&T Import and Export Co., Ltd.; Shenzhen Qiyi Electronic Commerce Co., Ltd.; Shenzhen Yanhang Industry Co., Ltd.; Shenzhen Yawang Trade Co., Ltd.; Shenzhen Zhiren Polishing Material Co., Ltd.; shijiazhuanghuasuiwenhuachuanboyouxiangongsi; Shop1100011101 Store ; Shop1100145307 Store; Shop1100156059 Store; Shop1102277106 Store; Shop1102375993 Store; Shop1102408077 Store; Shop1102422616 Store; Shop1102487350 Store; Shop1102577151 Store; Shop11026000126 Store; Shop1102709184 Store; Shop1102771787 Store; Shop1102829042 Store; Shop1102853649 Store; Shop1102857235 Store; Shop1102878233 Store; Shop1102924172 Store; Shop1102959577 Store; Shop1102991633 Store; Shop1103042568 Store; Shop1103078941 Store; Shop1103105141 Store;

Shop1103128610 Store; Shop1103132123 Store;
Shop1103134604 Store; Shop1103174007 Store;
Shop1103186714 Store; Shop1103235266 Store;
Shop1103236131 Store; Shop1103296061 Store;
Shop1103297183 Store; Shop1103316594 Store;
Shop1103318491 Store; Shop1103329371 Store;
Shop1103401164 Store; Shop1103438351 Store;
Shop1103439257 Store; Shop5961002 Store;
Shop910445204 Store; Shop912624928 Store;
shui777_soportstore;
shuozhoushipingluqudioushangmaoyouxiangongsi;
sichuanmingrunjunlidianzishangwuyouxiangongsi;
Snoopyjersey; ST003 Store; Sticker Shop for car
personali; sunny jersey; sunrise stitched; supermanjersey;
Surya International; Suzhou Dongdong International
Trading Co., Ltd.; Suzhou Tongya Import And Export
Co., Ltd.; Syed Shaheer Ahmed;
taikangxianruihangshangmaoyouxianzerengongsi; top
retro jersey; TREX INTERNATIONAL.CO; Tsinghua
Tech; USA Jersey; usman badar; Vicoco Store; Wang
Jersey Store; wangdanzhao; wangguoju;
wanninggaoxindianzishangwuyouxiangongsi; Western;
wham; wizb; Woguo Shop;
wuhushixiuhuoshangmaoyouxiangongsi; xi an xie zhi mao
yi dian; xiangyangshichangmeishangmaoyouxiangongsi;
xiangyangshinanzhibeichengshangmaoyouxiangongsi;
xianyouxianbangtouzhenchenmeigezhubaoshoushijingyi;
xianyouxianbangtouzhenheweixingzahuoshanghang;
xianyouxianbangtouzhenzhengweixionggongyipinjingyi;
xianyouxiandajizhenfengjianzhongxiaocanyindian;
xiaocha Toy Store; XIAOGUANGXU;
xinzhoushimanquandianzishangwuyouxiangongsi;
Xrwum Store; Yangcai (Yiwu) Jewelry Co., Ltd.;
yichangshiwujiagangqumengjimuyingyongpin Co.,Ltd.;
Yingying Li; Yiwu Bachao E-commerce Co., Ltd; Yiwu
Benli E-Commerce Firm; Yiwu Caihong E-Commerce
Co., Ltd.; Yiwu Dvacaman Jewelry Co., Ltd.; Yiwu

**Hongyi Jewelry Co., Ltd.; Yiwu Jing Lan Art & Crafts Co., Ltd.; Yiwu Maige Jewelry Firm; Yiwu Pingyi Jewelry Co., Ltd.; Yiwu Puresun Garment Co., Ltd.; Yiwu Renqing Ornament Co., Ltd.; Yiwu Xiaocheen E-Commerce Co., Ltd.; Yiwu Xilai E-Commerce Co., Ltd.; Yiwu Yinhong Trading Co.,Ltd; yiwushijijimaoyiyouxiangongsi; yongjihongjinxinxijishuyouxiangongsi; yongjixiangweidianzishangwuyouxiangongsi; yunnandujikejiyouxiangongsi; zbgz; zhanshen990; Zhengzhou Tonghui Advertising Production Co., Ltd.; ZHICHAO HUANG; Zhongshan Charmland Gifts Factory; Zhucheng Licheng Advertising Co., Ltd.; zo9c; and zykz,**

     *Defendants.*

## **COMPLAINT**

1)     This is an action for trademark infringement in violation of 15 U.S.C. § 1114, false designation of origin and/or false endorsement in violation of 15 U.S.C. §1125(a), as well as common law trademark infringement and unfair competition.

2)     This Court has subject matter jurisdiction over the Lanham Act claims pursuant to 15 U.S.C. § 1121. This Court has supplemental jurisdiction over the remaining common law claims pursuant to 28 U.S.C. § 1367.

3)     This Court has personal jurisdiction over Defendants pursuant to Federal Rule of Civil Procedure 4(k)(2) because, on information and belief, no

Defendant is subject to the jurisdiction of any state's court of general jurisdiction and exercising jurisdiction is consistent with the United States Constitution and laws.

4)      Alternatively, this Court has personal jurisdiction over Defendants because Defendants, on information and belief, either transact business within Georgia or have committed a tortious injury within Georgia caused by an act or omission outside the state and regularly do or solicit business, or engage in other persistent courses of conduct, or derive substantial revenue from goods used or consumed in Georgia.

5)      Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391(b)(3).

## THE PARTIES

6)      Plaintiff University of Georgia Athletic Association, Inc. ("Plaintiff" or "UGAA") is a non-profit corporation organized and existing under the laws of the State of Georgia with a principal place of business at 1 Selig Circle, Athens, Georgia 30602.

7)      On information and belief, Defendants 92350822MA8TEHK750; 986 Bags Store; abab001; ABDUL REHMAN ENTERPRISES; Acolorful Sports; Aga Trading Company; alljerseys66; anobleshoes; Anqing Jingfeng Arts And Crafts

Co., Ltd.; anxixianjiandouzhenhuangguohuichayejingyingbu; anxixianjiandouzhenwuguocanchayejingyingbu; AP CURATED COUTURE; Artpark Store; ashionseller08; Automotive Art Sticker Factory; AYAT EXPORT INTL; Balala magic; Boku Store; boutiquelife08; Brittany Store; Buroni Store; bwrk; Byer Jewelry Manufacturer Limited; Car Decoration Sticker Special; Car sticker cleaning supplies; Car sticker discounts; Car sticker supermarket; casesbags; cc9915; CH CUPS; Changsha Sy E-Commerce Co., Ltd.; chinafashion8; ckjersey2023; COASTER Store; Congren05 Store; coolbasejersey; CS Sport Rings; custom_stichedjersey; designer_clothing202; Dongguan Jinwo Garment Accessories Co., Ltd.; edrftsdtg; Envmenst Official Store; Fashion Mart; fashion3301; fashionseller1; fashionseller2; fashionshoes009; fashionshoes010; fashionshoes011; fashionshoes0518; fashionshoes1571; fashionshoes65231; fashionshoes66021; fashionshoes88221; fashionshoes93201; Fatima Sana; Ficoco Store; Fine Decal; Foshan Yaoyang Flag Co., Ltd.; foshanshichanchengquxingrongqishangmaoyouxiangongs; foshanshixiaosongwangfumaoyiyouxiangongsi; Fujian Shanghang Huanchanggou Trade Co., Ltd.; Future-is-coming Store; Fuzhou Miran Trading Co., Ltd.; Fuzhou Shunlai Trading Co., Ltd.; Gaz Rom Co., Ltd. ; gkh9; Global Goods Gathering; gob2; good_jersey_store; Goodtopsale Group Holding Ltd; Guangxi Nanning

Weiming Ocean Trade Co., Ltd.; Guangzhou Yalite Trading Co., Ltd.;

guangzhouchenwozidianzikejiyouxiangongsi;

GuangZhouShiFuTuanMaoYiYouXianGongSi;

guangzhouyunishangmaoyouxiangongsi; Guzial Istakeeva; H K EXPORTS;

Haikoufengchenyishangmaoyouxiangongsi; Happy Sticker Research Center; Hebei

Lingang Trading Co., Ltd.; HEH Store; Hequoyer; HGH Store; HIHIHI Store;

Hitomi boutique; HSSH Store; HUIH Store; HVONNE Store; HZ auto supplies;

IkaQHHJJQ CCC Store; ILovePin Store; ILovePinsSuper Store; ineedu gifts; isbj;

jacci_stitchedjersey; jacket166; jam_jersey_store; James Jersey Store;

james_stitchedjersey; jamesstitchedjersey; Jergir Store; jersey666888; jerseyabc11;

jerseyasd11; jerseymlb11; jerseynba11; jerseyncaa11; jerseynfl11; jerseynhl11;

jerseyqaz11; jerseyqwe11; jinanmingshuidianzishangwuyouxiangongsi; Jinhua

Dibi Trading Co., Ltd.; JINZHONGHUA SHANGHAI WENHUA CHUANBO

YOUXIAN GONGSI; JKLPOLQ Store; JONSEY Store; jsgood; Kano sen car;

kk69953; Klein products; kttv; kunmingeshuashangmaoyouxiangongsi; kupai

Store; L06330'shop; Ladyboutiquebd Dropshipping Store; Lakers Store;

liangbinyudianzishangwu; LightLifes Store; lijieshangmaodian;

lin666_soportstore; lin777_soportstore; Linyi Aozhan Import And Export Co.,

Ltd.; Little pig Wall Store; LovePinPin Store; Lucky cars; luodz; M/S

M.D.HANDICRAFTS; MaoEr Qiao; Melis Kipirti;

minqingxianmeixizhenshiyukongbaihuodian; mitchellness_store; mlbjersey111;

mlbjersey12345; mlbjersey222; Mocha wheel; moss_jersey_store;

moss_stitchedjersey; motorcycle car sticker decal; Muhammad Aslam; Muhammad

Tariq; Mzk Stitched Jersey; n7e7; Nadir Ben-Aissa; Nanjing Fly Flying Tigers

Office Supplies Co., Ltd.; nbajersey0002; nbajersey111; nbajersey333;

NewLovePin Store; nfl_jerseysone02; nfl_jerseysone5; nfl_jerseysone7;

nfljersey111; nfljersey2024; NINEE Store; no1stitchedjersey; Orzz Store;

Paulstitchedjersey; Peace Of Mind Home Decor Store; pillow_hevey Store;

pingdingguangkunshangmaoyouxiangongsi; Porch Store;

putianshichengxiangquguoweijianmaoyiyouxiangongsi;

qinhuangdaodanwenshangmaoyouxiangongsi;

quanzhoulongkungongyipinyouxianzerengongsi; Remy Store; roq0;

Rosestitchedjersey; s4561; Self Disciplined Part-time Work Store; seller0516;

seller5223; seller6868; Shandong Xinhuizhan Trade Co., Ltd.;

shandongjiaminghuishangmaoyouxiangongsi; Shang Hai Nan Ju Dian Zi Shang

Wu You Xian Gong Si; SHANGHAIXUANYUMAOYIYOUXIANGONGSI;

shanxiqishengyushangmaoyouxiangongsi; Shengwen Electronic Commerce

(taizhou) Co., Ltd.; Shenzhen Aprise Trading Co., Ltd.; Shenzhen Lianmei

Electronic Technology Co., Ltd.; Shenzhen M&T Import and Export Co., Ltd.;

Shenzhen Qiyi Electronic Commerce Co., Ltd.; Shenzhen Yanhang Industry Co.,

Ltd.; Shenzhen Yawang Trade Co., Ltd.; Shenzhen Zhiren Polishing Material Co.,

Ltd.; shijiazhuanghuasuiwenhuachuanboyouxiangongsi; Shop1100011101 Store ;

Shop1100145307 Store; Shop1100156059 Store; Shop1102277106 Store;

Shop1102375993 Store; Shop1102408077 Store; Shop1102422616 Store;

Shop1102487350 Store; Shop1102577151 Store; Shop11026000126 Store;

Shop1102709184 Store; Shop1102771787 Store; Shop1102829042 Store;

Shop1102853649 Store; Shop1102857235 Store; Shop1102878233 Store;

Shop1102924172 Store; Shop1102959577 Store; Shop1102991633 Store;

Shop1103042568 Store; Shop1103078941 Store; Shop1103105141 Store;

Shop1103128610 Store; Shop1103132123 Store; Shop1103134604 Store;

Shop1103174007 Store; Shop1103186714 Store; Shop1103235266 Store;

Shop1103236131 Store; Shop1103296061 Store; Shop1103297183 Store;

Shop1103316594 Store; Shop1103318491 Store; Shop1103329371 Store;

Shop1103401164 Store; Shop1103438351 Store; Shop1103439257 Store;

Shop5961002 Store; Shop910445204 Store; Shop912624928 Store;

shui777_soportstore; shuozhoushipingluqudioushangmaoyouxiangongsi;

sichuanmingrunjunlidianzishangwuyouxiangongsi; Snoopyjersey; ST003 Store;

Sticker Shop for car personali; sunny jersey; sunrise stitched; supermanjersey;

Surya International; Suzhou Dongdong International Trading Co., Ltd.; Suzhou

Tongya Import And Export Co., Ltd.; Syed Shaheer Ahmed;

taikangxianruihangshangmaoyouxianzerengongsi; top retro jersey; TREX

INTERNATIONAL.CO; Tsinghua Tech; USA Jersey; usman badar; Vicoco Store;

Wang Jersey Store; wangdanzhao; wangguoju;

wanninggaoxindianzishangwuyouxiangongsi; Western; wham; wizb; Woguo Shop;

wuhushixiuhuoshangmaoyouxiangongsi; xi an xie zhi mao yi dian;

xiangyangshichangmeishangmaoyouxiangongsi;

xiangyangshinanzhibeichengshangmaoyouxiangongsi;

xianyouxianbangtouzhenchenmeigezhubaoshoushijingyi;

xianyouxianbangtouzhenheweixingzahuoshanghang;

xianyouxianbangtouzhenzhengweixionggongyipinjingyi;

xianyouxiandajizhenfengjianzhongxiaocanyindian; xiaocha Toy Store;

XIAOGUANGXU; xinzhoushimanquandianzishangwuyouxiangongsi; Xrwum

Store; Yangcai (Yiwu) Jewelry Co., Ltd.;

yichangshiwujiagangqumengjimuyingyongpin Co.,Ltd.; Yingying Li; Yiwu

Bachao E-commerce Co., Ltd; Yiwu Benli E-Commerce Firm; Yiwu Caihong E-

Commerce Co., Ltd.; Yiwu Dvacaman Jewelry Co., Ltd.; Yiwu Hongyi Jewelry

Co., Ltd.; Yiwu Jing Lan Art & Crafts Co., Ltd.; Yiwu Maige Jewelry Firm; Yiwu

Pingyi Jewelry Co., Ltd.; Yiwu Puresun Garment Co., Ltd.; Yiwu Renqing

Ornament Co., Ltd.; Yiwu Xiaocheen E-Commerce Co., Ltd.; Yiwu Xilai E-

Commerce Co., Ltd.; Yiwu Yinhong Trading Co.,Ltd;

yiwushijijimaoyiyouxiangongsi; yongjihongjinxinxijishuyouxiangongsi;

yongjixiangweidianzishangwuyouxiangongsi; yunnandujikejiyouxiangongsi; zbgz;

zhanshen990; Zhengzhou Tonghui Advertising Production Co., Ltd.; ZHICHAO

HUANG; Zhongshan Charmland Gifts Factory; Zhucheng Licheng Advertising

Co., Ltd.; zo9c; and zykz ("Defendants") are non-U.S. entities, associations, or

individuals, believed to be located in China or elsewhere in Asia, each of whom

sells, offers for sale, distributes, and/or advertises goods through its virtual

storefronts on various e-commerce marketplaces, such as Alibaba, AliExpress,

Amazon, DHGate, eBay, Etsy, Joom, Printerval, Temu, Walmart, and Wish (each a

"Marketplace" and collectively the "Marketplaces").

8)     Each Defendant is known to Plaintiff only by its unique Marketplace

name and ID number.

## RELEVANT FACTS

9)      The flagship of the University System of Georgia is the University of

Georgia ("UGA"), a public land-grant research university with its main campus in

Athens, Georgia.  Founded in 1785, it is one of the oldest public universities in the

United States.

10)     UGAA is a Georgia nonprofit corporation and cooperative

organization of UGA.  UGAA is responsible for managing all aspects of UGA's

athletics programs.  UGAA owns federal trademark registrations and common law

trademark rights related to UGA and its athletic programs.

11)     Plaintiff owns numerous federal trademark applications and

registrations for its valuable trademarks including, but not limited to, BULLDOGS,

DAWGS, several designs incorporating the letter G and a bulldog image, and the

stylized letter G (collectively, "Marks" or "Plaintiff's Marks"). Each of Plaintiff's

Marks is valid and enforceable, and most are incontestable.

12)     Attached hereto as Exhibit A are true and correct copies of federal

certificates of registration for certain of Plaintiff's Marks.

13)     Plaintiff has used its Marks in commerce since at least as early as

1983 in connection with a wide variety of consumer products including, but not

limited to, clothing, toys, games, sporting goods, decals, glassware, mugs, jewelry,

key rings, clocks, art prints, ornaments, and home decor, and has not abandoned any of the Marks.

14)     As a result of Plaintiff's extensive use of Plaintiff's Marks in commerce, through sale of goods, offering for sale of goods, advertising, promotion, or otherwise, Plaintiff's Marks have achieved considerable goodwill throughout the United States and the world.

15)     On information and belief, each Defendant sells, offers for sale, distributes, and/or advertises goods to customers in the United States, including in this judicial district.

16)     Each Defendant uses in commerce a reproduction, counterfeit, copy, or colorable imitation of one or more of Plaintiff's Marks on or in connection with the sale, offer for sale, distribution, or advertising of goods on their respective virtual storefronts on the Marketplaces.

17)     Plaintiff has captured screenshots of the infringing product listings at issue on the Marketplaces for each Defendant.  Attached hereto as Exhibit B are true and correct copies of such screenshots.

18)     None of the Defendants is authorized to sell, offer for sale, distribute, or advertise any goods under or in connection with any of Plaintiff's Marks.

19)     On information and belief, each Defendant: (a) sources infringing goods from one or more of the same suppliers or manufacturers who facilitate, instruct, and/or coordinate each of the Defendants' actions; (b) utilizes identical product descriptions (including identical grammar errors and misspellings), product images, sequences of product images, pricing structures, payment options, shipping information, keywords, metadata, and other indicia of purposeful relatedness; (c) operates multiple virtual storefronts within and across multiple Marketplaces; and (d) participates in on-line forums dedicated to avoiding or minimizing liability. Therefore, on information and belief, Defendants are working together to knowingly and willfully sell, offer for sale, distribute, or advertise infringing goods in the same transaction, occurrence, or series of transactions or occurrences.

## COUNT I.

## INFRINGEMENT OF A REGISTERED TRADEMARK
## IN VIOLATION OF 15 U.S.C. § 1114

20)     Paragraphs 1-19 are realleged and incorporated herein by reference.

21)     Each Defendant is using in commerce one or more reproductions, counterfeits, copies, or colorable imitations of one or more of Plaintiff's Marks in connection with the sale, offering for sale, distribution, or advertising of goods in a

manner that is likely to cause confusion, or to cause mistake, or to deceive as to the source or origin of each Defendant's goods.

22)     Each Defendant's aforesaid actions are likely to cause damage and other irreparable injury to Plaintiff unless such actions are enjoined by this Court, Plaintiff having no adequate remedy at law.

23)     Each Defendant's aforesaid actions constitutes an infringement of Plaintiff's rights in and to its federally registered Marks in violation of 15 U.S.C. § 1114.

24)     After a reasonable opportunity for further investigation and discovery, it is likely the evidence will show that each Defendant's aforesaid acts have been and are being committed with knowledge of Plaintiff's Marks and knowledge that such acts are likely to cause confusion, or to cause mistake, or to deceive as to the source or origin of its goods. Each Defendant's acts are therefore intentional, willful, and maliciously calculated to cause confusion, to cause mistake, or to deceive. As such, this is an exceptional case.

25)     In accordance with 15 U.S.C. § 1117, Plaintiff is entitled to recover from each Defendant: (1) its profits, (2) any damages sustained by Plaintiff, and (3) the costs of the instant action. Further, based upon the nature of each Defendant's

16

violation of Plaintiff's trademark rights, Plaintiff is entitled to recover reasonable attorney's fees, treble damages, and/or enhanced profits.

26)     Plaintiff is further entitled to an award of three times its damages or profits from each Defendant found to be intentionally using a counterfeit mark, pursuant to 15 U.S.C. § 1117(b).

27)     Alternatively, Plaintiff is entitled to an award of statutory damages of not less than $1,000 or more than $2,000,000 per counterfeit mark per type of good sold or offered for sale pursuant to 15 U.S.C. § 1117(c).

28)     Plaintiff has been and will continue to be irreparably damaged by each Defendant's aforesaid acts unless Defendants are preliminarily and permanently enjoined by this Court, Plaintiff having no adequate remedy at law.

## COUNT II.

## FALSE DESIGNATION OF ORIGIN AND/OR FALSE ENDORSEMENT IN VIOLATION OF 15 U.S.C. § 1125(a)

29)     Paragraphs 1-19 are realleged and incorporated herein by reference.

30)     Each Defendant is using in commerce a word, term, name, symbol, or device, or a combination thereof, or a false designation of origin, false or misleading description of fact, or false or misleading representation of fact on or in connection with its goods in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of each

Defendant with Plaintiff, or as to the origin, sponsorship, or approval of each Defendant's goods or commercial activities by Plaintiff.

31)     After a reasonable opportunity for further investigation and discovery, it is likely the evidence will show that each Defendant's aforesaid acts have been and are being committed with knowledge of Plaintiff's Marks and knowledge that such acts are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of each Defendant with Plaintiff, or as to the origin, sponsorship, or approval of each Defendant's goods or commercial activities by Plaintiff. Each Defendant's acts are therefore intentional, willful, and maliciously calculated to cause confusion, to cause mistake, or to deceive. As such, this is an exceptional case.

32)     Defendants' acts constitute false designation of origin and/or false endorsement in violation of 15 U.S.C. § 1125(a).

33)     In accordance with 15 U.S.C. § 1117, Plaintiff is entitled to recover from each Defendant: (1) its profits, (2) any damages sustained by Plaintiff, and (3) the costs of the instant action. Further, based upon the nature of each Defendant's violation of Plaintiff's trademark rights, Plaintiff is entitled to recover reasonable attorney's fees, treble damages, and/or enhanced profits.

34)    Plaintiff has been and will continue to be irreparably damaged by each Defendant's aforesaid acts unless Defendants are preliminarily and permanently enjoined by this Court, Plaintiff having no adequate remedy at law.

## COUNT III.

## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

35)    Paragraphs 1-19 are realleged and incorporated herein by reference.

36)    Each Defendant's use of one or more marks that is confusingly similar to one or more of Plaintiff's Marks, in connection with goods which are the same as or are competitive with Plaintiff's goods, is likely to cause confusion, to cause mistake, and to deceive as to the source or origin of its goods.

37)    Each Defendant is offering its goods for sale with full knowledge of Plaintiff's Marks.

38)    Each Defendant has promoted and offered for sale its goods in such a manner as to suggest an association, affiliation, or sponsorship with, or approval by Plaintiff, or so as to cause, or be likely to cause, confusion or mistake among purchasers as to the origin or sponsorship of Plaintiff's or Defendants' goods, all to Defendants' profit and to Plaintiff's damage.

19

39)     Plaintiff is entitled to recover from each Defendant actual and compensatory damages in an amount to be proven at trial in addition to any other available remedies.

40)     Each Defendant's aforesaid conduct constitutes infringement of Plaintiff's common law rights in and to Plaintiff's Marks and further constitutes common law unfair competition, all of which has irreparably damaged and/or will irreparably damage Plaintiff, together with its goodwill and reputation, unless Defendants are enjoined and restrained by this Court, Plaintiff having no adequate remedy at law.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for a judgment of the Court as follows:

1)     That Defendants, and those persons in active concert or participation with Defendants, be preliminarily and permanently enjoined and restrained from advertising, offering for sale, or selling any goods under or in connection with Plaintiff's Marks or any other designation, trademark, or service mark that is likely to cause confusion, mistake, or deception as to the source or sponsorship of Plaintiff's or Defendants' goods, or from otherwise infringing Plaintiff's Marks;

2)     That an accounting be conducted and judgment be rendered against each Defendant for:

20

a)      all profits received by each Defendant from the sale of goods under or in connection with Plaintiff's Marks in the United States;

b)      all damages in an amount proven at trial from, *inter alia*, each Defendant's trademark infringement, false designation of origin, and false endorsement, pursuant to 15 U.S.C. § 1117; and

c)      any other actual and compensatory damages in an amount not presently known but to be computed during the pendency of this action.

3)      That any damages assessed against any Defendant for trademark infringement, false designation of origin, and/or false endorsement be trebled as provided by 15 U.S.C. § 1117, and any profits be enhanced as warranted;

4)      Alternatively, that Plaintiff be awarded statutory damages from each Defendant found to be using a counterfeit mark of no less than $1,000 and no more than $2,000,000 per mark per type of good sold;

5)      That each Defendant be directed to file with the Court and serve upon Plaintiff, no later than thirty (30) days after the issuance of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which each has complied with the injunctions requested in the immediately preceding paragraphs and any other provision of this Court's Order;

21

6)       That Plaintiff have and recover its costs in this suit, including but not

limited to reasonable attorney's fees and expenses; and

7)       That Plaintiff have such other and further relief as this Court may

deem just and proper.

## **JURY DEMAND**

Plaintiff demands a trial by jury of all issues so triable.

Dated: January 25, 2024.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***