# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,**<br><br>   *Plaintiff*,<br><br>v.<br><br>**92350822MA8TEHK750,** *et al.,*<br><br>   *Defendants*. | Case No.: 1:24-cv-0372-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff University of Georgia Athletic Association, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. AP CURATED COUTURE;
2. Car sticker discounts;
3. Car sticker supermarket;
4. Global Goods Gathering;
5. Sichuanmingrunjunlidianzishangwuyouxiangongsi; and
6. Yiwu Maige Jewelry Firm.

Dated: April 12, 2024.

Respectfully submitted,

1

THE SLADKUS LAW GROUP

*s/ Abbie Cook*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com
Abbie Cook
Ga. Bar No. 905603
E-mail: abbie@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***