# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,** *Plaintiff,* v. **92350822MA8TEHK750,** *et al.,* *Defendants.* | Case No.: 1:24-cv-0372-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff University of Georgia Athletic Association, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Happy Sticker Research Center;
2. JINZHONGHUA SHANGHAI WENHUA CHUANBO YOUXIAN GONGSI; and
3. motorcycle car sticker decal.

Dated: April 19, 2024.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Abbie Cook*
Carrie A. Hanlon

1

Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com
Abbie Cook
Ga. Bar No. 905603
E-mail: abbie@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***